/s/ Alisha Gordon DC Bar 1010943
Law Offices of A Gordon PC
1101 Connecticut Ave N.W. Suite 450
Washington, DC 20036
Telephone: (202) 509-4680
Fax: (301) 585-1868
Alisha@agordonatlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| The Celeste Group LLC | ) | Case No. 22-00011-ELG |
| Debtor | ) | Chapter 11 |
| | ) | |
| | ) | |

**RESPONSE**

COMES NOW, Alisha Gordon, Esq., Counsel ("Counsel") for the Celeste Group LLC, Chapter 11 Debtor in Possession ("Debtor") by way of the Law Offices of A Gordon PC through Alisha Gordon, Esq. Counsel for Debtor, who vehemently disagrees with the harsh and improperly rooted allegations in the Show Cause Order and state the following:

1. The Debtor filed this bankruptcy petition under Chapter 11 of the Bankruptcy Code on January 27, 2022 (the "Petition Date").

2. Debtor's Chapter 11 Meeting of Creditors began on February 24, 2022. This Section 341a Meeting was continued until March 22, 2022, then continued until April 19, 2022, and continued until May 2, 2022.

3. Next, Counsel did not violate any of the Rules of this Court, Rules of Professional Conduct, Rules of decency in this matter, or any other of the hundreds of Creditors and Debtor's actions that Counsel is affiliated.

4. Counsel disagrees with the facts and the presentation of the circumstances of the seven (7) page Show Cause Order and was unaware, less know privy of communications regarding Counsel's legal

representation of Debtor, leading this Court to believe that Counsel violated any rules, operated unethically or was ever uncooperative.

5. Notwithstanding, Counsel agreed to respond to the US Trustee's or Court's completely unfounded two-day investigation into Counsel's practice based upon Counsel's retainer agreement template. The investigation concluded that "no violations had occurred."

6. Next, when a show cause hearing and sanctions matter is pending for over three (3) weeks, it is prejudicial to the Debtor, the Bankruptcy Estate, and Counsel of the Debtor to continue representation as if a consequence is not before them. Thus, the three parties mentioned are hostile and completely adverse, making conditions impossible for the Debtor to have a fair chance at a "fresh start."

7. Lastly, under the totality of the circumstances, Counsel respectfully requests that if any upcoming hearing continuances are not consensual, then after notice, that Counsel's appearance is stricken or vacated, and/or fees disgorged without delay so that Debtor can obtain counsel in which their attorney-client relationship is not conflicting. Otherwise, a scenario exists like this instant Response. Both parties are responsible for the other party's actions or inactions.

WHEREFORE, the Debtor respectfully asks that this Show Cause Order is dissolved and grant such other and further relief as this Court may deem just, equitable and proper.

Date: April 25, 2022

Respectfully submitted,
/s/Alisha Gordon DC Bar 1010943
Alisha Gordon, Esq.| Attorney
Law Offices of A Gordon, PC
1101 Connecticut Ave NW
Ste 450 Washington, DC 20036
202-509-4680
alisha@agordonatlaw.com
Counsel for the Debtor

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2022, a copy of the Debtor's Motion to Sell Free and Clear of Liens and Encumbrances and Notice thereof was uploaded through the Court ECF System at the e-mail address registered with the Court to the following person(s) noted herein:

Kristen S. Eustis, on behalf of U.S. Trustee U. S Trustee for Region Four <u>Kristen.S.Eustis@usdoj.gov</u>
Alisha Elaine Gordon, on behalf of Debtor In Possession The Celeste Group LLC
agordon188@aol.com, <u>alisha@agordonatlaw.com</u>
U. S. Trustee for Region Four
<u>USTPRegion04.DC.ECF@USDOJ.GOV</u>
Maurice Belmont VerStandig on behalf of Creditor WCP Fund I, LLC as servicer for 1Sharpe Opportunity Intermediate Trust
<u>mac@mbvesq.com</u>,   <u>lisa@mbvesq.com;mac@dcbankruptcy.com</u>;
<u>verstandig.mauricer104982@notify.bestcase.com</u>


I hereby certify a copy of the foregoing was served first class, postage prepaid, US Mail on April 25, 2022, to the person and/or entities at the addresses noted herein was obtained from a current mailing matrix obtained from CM/ECF system:

The Celeste Group LLC
736 Quebec Place NW
Washington, DC 20010

and all interested parties on the attached mailing matrix.

*/s/Alisha Gordon*
Alisha Gordon, Esq